# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STARSTONE NATIONAL INSURANCE COMPANY and ARCH SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>WALDROP PARK CONDOMINIUM ASSOCIATION, INC., ARDENT RESIDENTIAL, LLC, CURTIS GILSTRAP AND JESSICA GILSTRAP,<br><br>    Defendants. | Case No. 1:20-04398-JPB |

## PLAINTIFF ARCH SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Arch Specialty Insurance Company ("Arch"), pursuant to Rule 56, moves the Court for entry of summary judgment in its favor and declaring that Arch has no obligation to defend or indemnify Defendant Waldrop Park Condominium Associations, Inc. ("Waldrop Park") and Defendant Ardent Residential, LLC ("Ardent") from the claims asserted against them in the underlying action filed by Defendants Curtis and Jessica Gilstrap because they breached the notice condition of the commercial general liability insurance policy issued by Arch by failing to

provide notice of the shooting of Curtis Gilstrap until over seventeen (17) months after it happened and forfeited coverage under the policy.

In the alternative, if the Court determines that Waldrop Park and Ardent did not breach the notice condition of the policy as a matter of law, then Arch moves the Court for entry of partial summary judgment by declaring that the policy does not provide coverage for the claim for punitive damages asserted in the lawsuit filed against Waldrop Park and Ardent because the policy specifically excludes coverage for punitive damages.

Respectfully submitted this 29th day of March, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/Thomas K. Wingfield*
C. Michael Johnson
Georgia Bar No. 392550
Thomas K. Wingfield
Georgia Bar No. 770653
mjohnson@hallboothsmith.com
twingfield@hallboothsmith.com

191 Peachtree Street N.E.
Suite 2900
Atlanta, GA 30303-1775
Telephone: (404) 954-5000
Facsimile: (404) 954-5020

*Counsel for Plaintiff Arch Specialty Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| STARSTONE NATIONAL INSURANCE COMPANY and ARCH SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>WALDROP PARK CONDOMINIUM ASSOCIATION, INC., ARDENT RESIDENTIAL, LLC, CURTIS GILSTRAP AND JESSICA GILSTRAP,<br><br>    Defendants. | Case No. 1:20-04398-JPB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing upon all parties to this matter via the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Kim M. Jackson, Esq.<br>J. Jackson Harris, Esq.<br>W. Randal Bryant, Esq.<br>**BOVIS, KYLE, BURCH & MEDLIN, LLC**<br>200 Ashford Center North, Suite 500<br>Atlanta, GA 30338 | Keith S. Hasson, Esq.<br>Michael F. O'Neill, Esq.<br>**HASSON LAW GROUP, LLP**<br>3379 Peachtree Road NE, Suite 625<br>Atlanta, GA 30326 |

kjackson@boviskyle.com
jharris@boviskyle.com
rbryant@boviskyle.com

*Counsel for Plaintiff, StarStone National Insurance Company*

keith@hassonlawgroup.com
mike@hassonlawgroup.com

*Counsel for Defendant, Waldrop Park Condominium Association, Inc.*

James A. Rice, Jr., Esq.
**JAMES A. RICE, JR., P.C.**
563 Spring Street, NE
Atlanta, GA 30308
jim@ricefirm.com

Michael B. Weinstein, Esq.
**WEINSTEIN & BLACK, LLC**
3050 Amwiler Road, Suite 200-C
Atlanta, GA 30360
Mike@wblegal.net

*Counsel for Defendants, Curtis and Jessica Gilstrap*

*Counsel for Defendant, Ardent Residential, LLC*

Respectfully submitted, this 29th day of March, 2022.

**HALL BOOTH SMITH, P.C.**

191 Peachtree Street N.E.
Suite 2900
Atlanta, GA 30303-1775
Telephone: (404) 954-5000
Facsimile: (404) 954-5020

/s/Thomas K. Wingfield
C. Michael Johnson
Georgia Bar No. 392550
Thomas K. Wingfield
Georgia Bar No. 770653
mjohnson@hallboothsmith.com
twingfield@hallboothsmith.com

*Counsel for Plaintiff Arch Specialty Insurance Company*