# EXHIBIT "E"

# Wendi Washowich

**From:** Josh Morton <josh@myardent.com>
**Sent:** Tuesday, May 29, 2018 1:57 PM
**To:** Lanier Coulter; Buddy Whitaker
**Cc:** Allyson Golob; Marty Friedman
**Subject:** RE: Waldrop Park

Thanks Lanier, I am coping Allyson and Marty as well.

If Buddy has responded *my apologies* I just got back to the office and playing email catch up.

Regards,



*Ardent Residential is expanding into Florida, the Carolinas and Tennessee!*

**Joshua Z. Morton, CAM**
Regional Portfolio Director

Email: josh@myardent.com
Website: MyArdent.com

Office: 844-9-ARDENT ext. 1004
Direct: 404-400-3099
Fax: 404-969-4698

Closing Letters/Packages can be requested here: Closing & Resale Documents
Condo/HOA Questionnaires can be requested here: Condo & HOA Questionnaires
Need to access your community's portal: Homeowner Login
Online payments can be made here: Homeowner Login
Want to become a preferred vendor? Become a Preferred Vendor

*Interested in our Condo & HOA Management Services?* Condo & HOA Services
*Interested in our Rental Management Services?* Rental Management
*Interested in our Multi-Family Management Services?* Apartment & Multi-Family

This e-mail message and all attachments contain privileged and confidential information intended solely for the use of the addressee. The information contained herein or attached hereto is provided solely for the purpose of informing members of the current financial status of the association and is not intended for public use or distribution. The financial information reported is current only through the date posted on the report. If the reader of this message is not the intended recipient you are hereby notified that any reading, distribution, copying, or other use of this message or its attachments are strictly prohibited and you are requested to delete this message and all copies.

**From:** Lanier Coulter <glc@coultersierra.com>
**Sent:** Saturday, May 26, 2018 6:35 AM
**To:** Josh Morton <josh@myardent.com>; Buddy Whitaker <buddy@hains.com>
**Subject:** RE: Waldrop Park

Buddy

I just wanted to circle back on this and make sure Waldrop's insurance providers were notified of this letter management received on the shooting at Waldrop. Thanks!

1

HAI000109
**Exhibit E**

G. Lanier Coulter, Jr.
Coulter & Sierra, LLC
2800 Century Parkway, Suite 275
Atlanta, Georgia 30345
404.554.2071 Office
404.477.6360 Fax

Notice: This communication is from an attorney and may contain information that is proprietary, attorney/client privileged, attorney work product, or otherwise legally exempt from disclosure. It is intended for the addressee(s) and intended recipient(s) only. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this message in error, please notify the sender immediately by phone (404-554-2071) or by return e-mail and destroy all copies of this message (electronic, paper, or otherwise). Thank you.

---

**From:** Lanier Coulter
**Sent:** Wednesday, May 23, 2018 9:58 AM
**To:** Josh Morton <josh@myardent.com>; Buddy Whitaker (buddy@hains.com) <buddy@hains.com>
**Subject:** Waldrop Park

Buddy

Our understanding is that you are the insurer for this Condominium. Josh, the property manager, received this letter from a Plaintiff's firm. Typically I would provide the COI for the Association's policies if the Association's insurer doesn't want to handle the response to this type of letter. Just so you know, it's my understanding we have no records (video, outside security company, logs, etc.) to preserve.

My thoughts are for you to notify the Association's respective insurers and let's see if any (general liability is my thought) want to respond regarding the insurance coverage, etc. If you disagree let me know and if the insurer(s) aren't going to respond just let us know so we can send over the COI for all the policies the Association has in place. Clearly, we will not be outlining any defenses any of the Association's insurer may believe exist at this point on a matter we know very little about. Thanks and I hope you are doing well.

<< File: Gilstrap LOR to Ardent.pdf >>


G. Lanier Coulter, Jr.
Coulter & Sierra, LLC
2800 Century Parkway, Suite 275
Atlanta, Georgia 30345
404.554.2071 Office
404.477.6360 Fax

Notice: This communication is from an attorney and may contain information that is proprietary, attorney/client privileged, attorney work product, or otherwise legally exempt from disclosure. It is intended for the addressee(s) and intended recipient(s) only. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this message in error, please notify the sender immediately by phone (404-554-2071) or by return e-mail and destroy all copies of this message (electronic, paper, or otherwise). Thank you.

HAI000110


**Exhibit E**

# THE COCHRAN FIRM - ATLANTA

⚖️

100 PEACHTREE STREET, N.W. • SUITE 2600
ATLANTA, GEORGIA 30303
(404) 222-9922 • FAX: (404) 222-0170

May 22, 2018

**VIA MAIL AND EMAIL (Josh@myardent.com)**
Josh Z. Morton, Property Manager
Ardent Residential
PO Box 2800
Sandy Springs, GA 30358

Dear Mr. Morton:

Please allow this letter to inform you that our firm has been retained to investigate the facts and circumstances surrounding the burglary and shooting of Kurtis Gilstrap at the Waldrop Station Condominiums that took place on April 18, 2018 at 11101 Waldrop Place, Decatur, GA 30034. (See attached incident report.) This letter is to request the preservation of certain evidence related to this incident. If you fail to preserve and maintain this evidence, we will seek any sanctions available under Georgia law. R.A. Siegel Co. v. Bowen, 246 Ga. App. 177, 539 S.E.2d 873 (2000). We specifically request that the following evidence be maintained and preserved and not be destroyed, modified, altered, repaired, or changed in any manner:

1. Any copies of video surveillance of the Property on April 17, 2018 and April 18, 2018;

2. Daily logs or other documents prepared by courtesy officers for the day of the Incident and the 5-year period preceding the Incident;

3. All photographs related to the Incident including photographs of the scene and of Kurtis Gilstrap;

4. Any e-mails, electronic messages, letters, memos, or other documents concerning the shooting incident of Mr. Gilstrap;

5. Any emails, documents, or reports maintained by the Property for a 5-year preceding this incident regarding any alleged crime occurring on the property;

6. Any reports, memos, notes, logs or other documents evidencing complaints about crime occurring on the property for the past five years;

7. Any and all documents regarding any investigation into this shooting or any reported incident of crime at property;

---
4929 WILSHIRE BOULEVARD, SUITE 1010      WOOLWORTH BUILDING, 223 BROADWAY      1 COMMERCE SQUARE, SUITE 1700      130 WEST MAIN STREET
LOS ANGELES, CALIFORNIA 90010            • NEW YORK, NEW YORK 10279-0003       MEMPHIS, TENNESSEE 38103            DOTHAN, ALABAMA 36301

HAI000111

Exhibit E

THE COCHRAN FIRM - ATLANTA

8. Any and all documents referring to any contracts, communication, agreements between Property and Pacific Holdings Partnership;

9. Any and all documents referring to any contracts, agreements or communication between Property and any security company.

In addition to our request to preserve evidence, we request that you provide (1) the name of the insurer; (2) the name of each insured; (3) the limits of liability coverage; and (4) a statement of any policy or coverage defense that such insurer reasonably believes is available with regard to each known policy of liability insurance of your insured, including excess or umbrella insurance. Further, please provide a copy of all applicable insurance policies with declaration pages. Please forward our request for information to all affected insurers. All affected insurers are asked to respond tot his request promptly to avoid the filing of a lawsuit at this time.

Thank you for your cooperation in this matter. If you have any questions, please do not hesitate to call us at 404-222-9922.

Sincerely,

Shean D. Williams

SDW/vda
Enclosure

HAI000112
**Exhibit E**