# EXHIBIT "I"



Arch Specialty Insurance Company
1299 Farnam Street
Suite 500
Omaha, NE 68102-1880

P.O. Box 542033
Omaha, NE 68154

T: 877.688.2724
F: 866.266.3630

www.archinsurance.com

December 9, 2019

*CERTIFIED MAIL/RRR*
*ARTICLE # 9214 8969 0099 9790 1631 3591 99*
*REGULAR MAIL*
*& EMAIL:* josh@myardent.com
Waldrop Condominium Association
1200 Lake Hearn Drive, Suite 275
Atlanta, GA 30319

    Re:    Insured:               Waldrop Park Condominium Association
           Policy Number:      AGL004733300
           Policy Period:       05/15/2017 - 05/15/2018
           Master Company:    Arch Specialty Insurance Company
           Claimant(s)/Matter: Curtis and Jessica Gilstrap
           Date of Loss:        04/12/2018
           Claim Number:      000013405910

To The Authorized Representative(s) of Waldrop Park Condominium Association:

I am writing on behalf of Arch Specialty Insurance Company ("Arch") in response to your tender of an October 21, 2019 representation and spoliation letter sent to Waldrop Park Condominium Association ("Waldrop Park") by attorney James Rice on behalf of Curtis and Jessica Gilstrap, who were leasing a condominium unit at Waldrop Park. Please be advised that because no lawsuit has yet been filed against Waldrop Park, Arch has no duty to defend Waldrop Park at this time. Please note that Arch will continue to investigate this matter pursuant to a full reservation of rights as set forth below.

If you have additional information you believe Arch should consider in its continuing investigation, please provide it to Arch at your earliest convenience. Arch does not waive any current or future rights which may become evident, and reserves the right to modify, supplement or otherwise alter its coverage determination should additional information so warrant.

---

**Exhibit I**

It is our understanding that Curtis and Jessica Gilstrap leased a condominium unit at Waldrop Park. On April 12, 2018, Ms. Gilstrap was in the living room when she noticed unknown men breaking into Mr. Gilstrap's vehicle. Mr. Gilstrap then went outside to confront the men breaking into his vehicle, and was immediately shot in his chest, right bicep, and lower abdomen.

In April 2018, just prior to this shooting, Ardent Residential, LLC ("Ardent") took over management of Waldrop Park. You provided that Ardent was unaware of Mr. Gilstrap's shooting until Ardent was contacted by Arch via email on October 29, 2019. At the time of the shooting, you said that there was no security contract in place.

## COVERAGE ANALYSIS

Arch issued to Waldrop Park a commercial general liability policy with policy number Policy No. AGL0047333-00 and policy period of 05/15/2017 to 05/15/2018 (the "Arch Policy"). The Arch Policy has an "each occurrence" limit of $1 million and an aggregate limit of $2 million.

The Arch Policy contains the following condition precedent to coverage:

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

\*\*\*\*

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:



**Exhibit I**

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization

which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

Arch's first notice of any claim related to this shooting was not until Waldrop Park's tender of the claimant's representation and spoliation letter on October 28, 2019. The shooting of Mr. Gilstrap occurred on April 12, 2018, over eighteen months earlier. To the extent that Waldrop Park failed to timely give notice to Arch of the shooting, then Waldrop Park would be in breach of the Arch Policy's notice condition precedent to coverage. Therefore, Arch reserves the right to decline any duty to defend or indemnify Waldrop Park for this claim because of its failure to timely provide notice of the shooting to Arch.

Additionally, Arch Policy contains the following provisions related to the limits of your insurance:



### SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:
   a. Insureds;
   b. Claims made or "suits" brought; or
   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:
   a. Medical expenses under Coverage **C**;
   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and
   c. Damages under Coverage **B**.

Please be advised that Waldrop Park submitted a prior claim regarding the shooting of Terrel Prince occurring on December 12, 2017, which also falls during the Arch Policy's coverage period. Arch settled this claim for the $1,000,000 per occurrence limit on May 22, 2019. The Arch Policy's aggregate limit is $2,000,000, which was by eroded in half by this prior claim. Therefore, the maximum limits available for this claim would be $1,000,000 in the event that coverage is provided under the Arch Policy.

The Arch Policy contains other provisions which could be relevant for reasons not now foreseen or because of later-discovered or later-revealed facts not currently known by Arch with respect to this matter. Arch will continue its coverage investigation in this matter pursuant to a full reservation of rights as set out in this letter. Arch reserves the right to amend or supplement this reservation of rights, including the right to deny coverage in this matter.

Nothing in this letter is to be construed as a waiver by Arch of any policy terms, conditions, exclusions, or limitations not expressed in this letter or as a waiver, relinquishment, or other limitation of Arch's rights. By limiting policy references to those cited, Arch does not waive the right to assert other provisions of the Arch Policy and/or legal principles should additional facts, not currently known, become available. The Arch Policy is incorporated by reference into this letter as if stated in full. If you have any other information you believe impacts our coverage determination in this letter, please provide it to the undersigned for immediate consideration.

Please note that Arch's present position is based on the information currently available and provided. We reserve the right to review any additional claims, lawsuits or amendments to the current matter and to make a separate determination as to whether either a defense or indemnity may be provided. Our decision on coverage is based only on the facts presented to date and should not be construed as applicable to an amendment to this



claim. If suit is filed against Waldrop Park, you must immediately provide us with such documents so a separate determination can be made as to whether defense or indemnity may be owed under the Arch Policy.

      Please advise immediately if you disagree with this reservation of rights or if you are aware of additional information that would demonstrate that Arch potentially has an obligation to defend or indemnify Waldrop Park in this matter.

If you have any questions regarding the content of this letter and/or our position, please contact me at 201-743-3863 or via email at jcoogan@archinsurance.com

Very truly yours,

*Jillian Coogan*

Jillian Coogan, Esq.
Claims Examiner, Contract Binding Operations
Arch Insurance Group
Harborside 3
210 Hudson Street, Suite 300
Jersey City, NJ 07311-1107
201-743-3863 (office)
201-232-3365 (cell)
866-266-3630 (fax)

**Exhibit I**

/cmd


cc: ***CERTIFIED MAIL/RRR***
***ARTICLE # 9214 8969 0099 9790 1631 3593 42***
***REGULAR MAIL***
***& EMAIL:*** claims.access@amwins.com
AMWINS Access Insurance
One Gresham Landing
Stockbridge, GA 30281
Attn: Terri Autumn Sterling

***CERTIFIED MAIL/RRR***
***ARTICLE # 9214 8969 0099 9790 1631 3594 27***
***REGULAR MAIL***
***& EMAIL:*** allyson@hains.com
Hamby & Aloisio Inc
53 Perimeter Center East #400
Atlanta, GA 30346
Attn: Allyson Golob

**Exhibit I**



Arch Specialty Insurance Company
1299 Farnam Street
Suite 500
Omaha, NE 68102-1880

P.O. Box 542033
Omaha, NE 68154

T: 877.688.2724
F: 866.266.3630

www.archinsurance.com

December 9, 2019

**CERTIFIED MAIL/RRR**
**ARTICLE # 9214 8969 0099 9790 1631 3596 63**
**REGULAR MAIL**
**& EMAIL:** josh@myardent.com

Ardent Residential
Attn: Josh Morton
1200 Lake Hearn Drive
Suite 275
Atlanta, GA 30319

Re:   Insured:   Waldrop Park Condominium Association
      Policy Number:   AGL004733300
      Policy Period:   05/15/2017 - 05/15/2018
      Master Company:   Arch Specialty Insurance Company
      Claimant(s)/Matter:   Curtis and Jessica Gilstrap
      Date of Loss:   04/12/2018
      Claim Number:   000013405910

To The Authorized Representative(s) of Ardent Residential:

I am writing on behalf of Arch Specialty Insurance Company ("Arch") in response to your tender of an October 21, 2019 representation and spoliation letter sent to Waldrop Park Condominium Association ("Waldrop Park") by attorney James Rice on behalf of Curtis and Jessica Gilstrap, who were leasing a condominium unit at Waldrop Park. Please be advised that because no lawsuit has yet been filed against Waldrop Park, Arch has no duty to defend Waldrop Park at this time. Please note that Arch will continue to investigate this matter pursuant to a full reservation of rights as set forth below.

If you have additional information you believe Arch should consider in its continuing investigation, please provide it to Arch at your earliest convenience. Arch does not waive any current or future rights which may become evident, and reserves the right to

Arch Specialty Insurance Company is licensed in the state of Missouri only

**Exhibit I**

modify, supplement or otherwise alter its coverage determination should additional information so warrant.

It is our understanding that Curtis and Jessica Gilstrap leased a condominium unit at Waldrop Park. On April 12, 2018, Ms. Gilstrap was in the living room when she noticed unknown men breaking into Mr. Gilstrap's vehicle. Mr. Gilstrap then went outside to confront the men breaking into his vehicle, and was immediately shot in his chest, right bicep, and lower abdomen.

In April 2018, just prior to this shooting, Ardent Residential, LLC ("Ardent") took over management of Waldrop Park. You provided that Ardent was unaware of Mr. Gilstrap's shooting until Ardent was contacted by Arch via email on October 29, 2019. At the time of the shooting, you said that there was no security contract in place.

## COVERAGE ANALYSIS

Arch issued to Waldrop Park a commercial general liability policy with policy number Policy No. AGL0047333-00 and policy period of 05/15/2017 to 05/15/2018 (the "Arch Policy"). The Arch Policy has an "each occurrence" limit of $1 million and an aggregate limit of $2 million.

The Arch Policy contains the following condition precedent to coverage:

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

\*\*\*\*

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.



You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization

which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

Arch's first notice of any claim related to this shooting was not until Waldrop Park's tender of the claimant's representation and spoliation letter on October 28, 2019. The shooting of Mr. Gilstrap occurred on April 12, 2018, over eighteen months earlier. To the extent that Waldrop Park failed to timely give notice to Arch of the shooting, then Waldrop Park would be in breach of the Arch Policy's notice condition precedent to coverage. Therefore, Arch reserves the right to decline any duty to defend or indemnify Waldrop Park for this claim because of its failure to timely provide notice of the shooting to Arch.



Additionally, Arch Policy contains the following provisions related to the limits of your insurance:

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:
    a. Insureds;
    b. Claims made or "suits" brought; or
    c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:
    a. Medical expenses under Coverage **C**;
    b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and
    c. Damages under Coverage **B**.

Please be advised that Waldrop Park submitted a prior claim regarding the shooting of Terrel Prince occurring on December 12, 2017, which also falls during the Arch Policy's coverage period. Arch settled this claim for the $1,000,000 per occurrence limit on May 22, 2019. The Arch Policy's aggregate limit is $2,000,000, which was by eroded in half by this prior claim. Therefore, the maximum limits available for this claim would be $1,000,000 in the event that coverage is provided under the Arch Policy.

The Arch Policy contains other provisions which could be relevant for reasons not now foreseen or because of later-discovered or later-revealed facts not currently known by Arch with respect to this matter. Arch will continue its coverage investigation in this matter pursuant to a full reservation of rights as set out in this letter. Arch reserves the right to amend or supplement this reservation of rights, including the right to deny coverage in this matter.

Nothing in this letter is to be construed as a waiver by Arch of any policy terms, conditions, exclusions, or limitations not expressed in this letter or as a waiver, relinquishment, or other limitation of Arch's rights. By limiting policy references to those cited, Arch does not waive the right to assert other provisions of the Arch Policy and/or legal principles should additional facts, not currently known, become available. The Arch Policy is incorporated by reference into this letter as if stated in full. If you have any other information you believe impacts our coverage determination in this letter, please provide it to the undersigned for immediate consideration.

Please note that Arch's present position is based on the information currently available and provided. We reserve the right to review any additional claims, lawsuits or



**Exhibit I**

amendments to the current matter and to make a separate determination as to whether either a defense or indemnity may be provided. Our decision on coverage is based only on the facts presented to date and should not be construed as applicable to an amendment to this claim. If suit is filed against Waldrop Park, you must immediately provide us with such documents so a separate determination can be made as to whether defense or indemnity may be owed under the Arch Policy.

Please advise immediately if you disagree with this reservation of rights or if you are aware of additional information that would demonstrate that Arch potentially has an obligation to defend or indemnify Waldrop Park in this matter.

If you have any questions regarding the content of this letter and/or our position, please contact me at 201-743-3863 or via email at jcoogan@archinsurance.com

Very truly yours,

*Jillian Coogan*

Jillian Coogan, Esq.
Claims Examiner, Contract Binding Operations
Arch Insurance Group
Harborside 3
210 Hudson Street, Suite 300
Jersey City, NJ 07311-1107
201-743-3863 (office)
201-232-3365 (cell)
866-266-3630 (fax)

**Exhibit I**

/cmd

cc: ***CERTIFIED MAIL/RRR***
***ARTICLE # 9214 8969 0099 9790 1631 3598 16***
***REGULAR MAIL***
Waldrop Condominium Association
1200 Lake Hearn Drive, Suite 275
Atlanta, GA 30319

***CERTIFIED MAIL/RRR***
***ARTICLE # 9214 8969 0099 9790 1631 3598 85***
***REGULAR MAIL***
***& EMAILEMAIL:*** claims.access@amwins.com
AMWINS Access Insurance
One Gresham Landing
Stockbridge, GA 30281
Attn: Terri Autumn Sterling

***CERTIFIED MAIL/RRR***
***ARTICLE #9214 8969 0099 9790 1631 3599 53***
***REGULAR MAIL***
***& EMAIL:*** allyson@hains.com
Hamby & Aloisio Inc
53 Perimeter Center East #400
Atlanta, GA 30346
Attn: Allyson Golob

**Exhibit I**

Letter from Adjustor as it pertains to Claim # 13405910/AGL004733300/Curtis & Jessica Gilstrap/ROR TO PM
From: Darden-Tobias, Corinne <CDarden-Tobias@archinsurance.com>
Received: 12/9/2019 10:20:08 AM
To: 'josh@myardent.com'<josh@myardent.com>
Cc: 'claims.access@amwins.com'<claims.access@amwins.com>; 'allyson@hains.com'<allyson@hains.com>
Attachments: image001.jpg; Attachment.pdf

Please see attachment for Adjustor's information.

Thank you

**Corinne Darden**
Mailroom Technician

 Arch Logo

Arch Insurance Group Inc.
1299 Farnam Street, Suite 500
Omaha NE 68102
cdarden-tobias@archinsurance.com | www.archinsurance.com

The information contained in this e-mail message may be privileged and confidential information and is intended only for the use of the individual and/or entity identified in the alias address of this message. If the reader of this message is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, you are hereby requested not to distribute or copy this communication. If you have received this communication in error, please notify us immediately by telephone or return e-mail and delete the original message from your system.

**Exhibit I**