IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STARSTONE NATIONAL INSURANCE COMPANY, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> WALDROP PARK CONDOMINIUM ASSOCIATION, INC., et al., <br><br>    Defendants. | Civil Action No. <br> 1:20-cv-04398-SEG |

## NOTICE OF SETTLEMENT

Plaintiff Starstone National Insurance Company hereby notifies the Court that the parties were able to settle this case at mediation and that it expects that the parties will file a stipulation of dismissal soon, after the settlement documents have been finalized and the underlying tort lawsuit has been dismissed.

Respectfully submitted,

200 Ashford Center North
Suite 500
Atlanta, Georgia 30338
(770) 391-9100
kjackson@boviskyle.com
rbryant@boviskyle.com

**Bovis, Kyle, Burch & Medlin, LLC**
/s/ Kim M. Jackson
Kim M. Jackson
Ga. State Bar No. 387420
/s/ W. Randal Bryant
W. Randal Bryant
Ga. State Bar No. 092039

*Counsel for Plaintiff StarStone National Insurance Company*